UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW,<br><br>    Plaintiff,<br><br>  v.<br><br>BUTTE COUNTY SUPERIOR COURT, et al.,<br><br>    Defendants. | No. 2:17-cv-1028-JAM-EFB P |
| LISA BELYEW,<br><br>    Plaintiff,<br><br>  v.<br><br>MARK STAPLETON,<br><br>    Defendant. | No. 2:17-cv-1065-KJN P |
| LISA BELYEW,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES REILLY,<br><br>    Defendant. | No. 2:17-cv-1083-DB P |

/////

1

| | |
|---|---|
| LISA BELYEW,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES REILLY,<br><br>    Defendant. | No. 2:17-cv-1153-GEB-EFB P |
| LISA BELYEW,<br><br>    Plaintiff,<br><br>  v.<br><br>L. JACKSON,<br><br>    Defendant. | No. 2:17-cv-1165-DB P |
| LISA BELYEW,<br><br>    Plaintiff,<br><br>  v.<br><br>L. JACKSON,<br><br>    Defendant. | No. 2:17-cv-1198-EFB P |
| LISA BELYEW,<br><br>    Plaintiff,<br><br>  v.<br><br>RONALD W. BRITT,<br><br>    Defendant. | No. 2:17-cv-1199-EFB P |
| LISA BELYEW,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. MARK STREETS, et al.,<br><br>    Defendants. | No. 2:17-cv-1200-EFB P<br><br><u>RELATED CASE ORDER</u> |

Plaintiff is a county inmate proceeding without counsel in the above-entitled civil rights actions. Examination of the actions reveals that the actions are related within the meaning of E.D. Cal. Local Rule 123. It would entail substantial duplication of labor if the actions were heard by different judges or magistrate judges. Accordingly, assignment of the same judge to all actions is likely to effect a substantial savings of judicial effort.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:17-cv-1153-GEB-EFB is reassigned to District Judge John A. Mendez and the undersigned for all further proceedings. Henceforth the captions on all documents filed in that reassigned case shall be shown as 2:17-cv-1153-JAM-EFB P.

IT IS FURTHER ORDERED that the actions denominated 2:17-cv-1065-KJN, 2:17-cv-1083-DB, and 2:17-cv-1165-DB, are reassigned to the undersigned for all further proceedings. Henceforth the captions on all documents filed in these reassigned cases shall be shown as 2:17-cv-1065-EFB P, 2:17-cv-1083-EFB P, and 2:17-cv-1165-EFB P, respectively.

The Clerk of the Court is directed to make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

So ordered.

DATED: June 9, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE